## In re David Hall CRUM, Petitioner.

### No. 03–7092.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 10, 2003.

David Hall Crum, Petitioner Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

David Hall Crum petitions for a writ of mandamus, alleging the district court has unduly delayed in taking action in two petitions for writ of habeas corpus Crum filed in May 2003. Crum seeks an order from this court directing the district court to issue show cause orders in these actions. However, because we find no unreasonable delay, we deny Crum's request for mandamus relief. Crum's motion for

leave to proceed in forma pauperis is granted, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*